**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00584-CV

**WAYNE RAND, Appellant**

**V.**

**STEVE MCMASTERS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-13633**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Stoddart

We **DENY** appellant's July 10, 2015 motion for rehearing.

On the Court's own motion, we **VACATE** this Court's June 29, 2015 opinion and judgment. We **REINSTATE** this appeal.

We **DIRECT** the Clerk of this Court to send a paper copy of the clerk's record and reporter's records to appellant.

Appellant's brief will be due **SIXTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE